IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IRENE A. ANDERSON, #37393-177, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 3:10-CV-1550-B (BK) |
| | § | |
| WARDEN JOE KEFFER, | § | |
| Respondent. | §§ | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff/Petitioner filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 15th day of November, 2010.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE